UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAROLE HOOVER                                              CIVIL ACTION

VERSUS                                                     NO: 09-2169

FIDELITY NATIONAL PROPERTY                                 SECTION: J(3)
AND CASUALTY INSURANCE
COMPANY

**ORDER**

Before the Court is Defendant National Flood Insurance Program's **Motion to Dismiss for Lack of Jurisdiction/ Motion for Summary Judgment (Rec. Doc. 28).** Plaintiffs have failed to file a Response Memorandum in Opposition.

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing of the motion. Plaintiff did not file a response. The Court contacted Plaintiff's counsel, verbally granting Plaintiff a two-day extension of time to file a response. Despite these accommodations, no memorandum in opposition to Defendant's Motion to Dismiss/ Motion for Summary Judgment (Rec. Doc. 28), set for hearing on July 21, 2010, was submitted timely. Accordingly, this motion is deemed to be unopposed. Further, it appears to the Court that the motion for summary judgment has merit for the following reasons:

Plaintiffs, holders of a Standard Flood Insurance Policy

("SFIP"), filed the current suit to recover additional insurance proceeds from their flood insurance policy provider. However, prior to filing suit, Plaintiffs failed to comply with the provisions required by the SFIP. Specifically, Plaintiffs failed to file a valid proof of loss statement.

Plaintiffs' failure to file a valid proof of loss statement precludes this Court from ruling in their favor. Pichon v. National Flood Insurance Program, No. 09-1700, 2009 WL 3353086 at *3 (E.D. La. Oct. 16, 2009) (citing Marseilles Homeowners Condominium Ass., Inc. v. Fidelity Nat'l Ins. Co., 542 F.3d 1053, 1056 (5th Cir. 2008); Gowland v. Aetna, 143 F.3d 951, 954 (5th Cir. 1998)). Given that Plaintiffs' failure to comply with the provisions of the SFIP precludes them from prevailing in this suit, there exists no genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

**IT IS ORDERED** that Defendants' **Motion to Dismiss for Lack of Jurisdiction/ Motion for Summary Judgment (Rec. Doc. 28)** is **GRANTED**. Further, all claims against Defendants are **DISMISSED with prejudice** at Plaintiffs' costs.

New Orleans, Louisiana, this the 16th day of July, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE